**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ELLIS C. BLAND, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 04-557C |
| THE UNITED STATES, | ) (Judge George W. Miller) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Defendant, the United States, respectfully requests that the Court grant a two-day enlargement of time, from September 18, 2006, through and including September 20, 2006, for the parties to file a joint status report. This is our first request for an enlargement of time for this purpose. Undersigned counsel has been unable to reach opposing counsel to discuss this motion.

Undersigned counsel provided opposing counsel with a draft status report on September 18, 2006. Opposing counsel suggested a change to the status report, which has been made. However, opposing counsel has not yet contacted undersigned counsel to provide final approval of the status report. A brief enlargement of time is sought so that counsel for the parties can further consult regarding the status report.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests an enlargement of time until September 20, 2006, to file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/Steven J. Gillingham*

STEVEN J. GILLINGHAM
Assistant Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 18, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this day of September 18, 2006, "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder