# In the United States Court of Federal Claims

(E-Filed: November 16, 2006)

| | | |
|---|---|---|
| ELLIS C. BLAND, *et. al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-557 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

Pursuant to the parties' agreement during an ADR proceeding that was held on Wednesday, November 15, 2006, the parties shall meet again on Wednesday, December 13, 2006 at 9:00 a.m. at the National Courts Building.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge