# In the United States Court of Federal Claims

(E-Filed: December 5, 2006)

| | | |
|---|---|---|
| ELLIS C. BLAND, *et. al.*, Plaintiff, | ) | |
| v. | ) | No. 04-557 C |
| THE UNITED STATES, Defendant. | ) | |

ORDER

The parties contacted the court by telephone on Tuesday, December 5, 2006 to reschedule the ADR proceeding that originally was scheduled to be held on Wednesday, December 13, 2006 at 9:00 a.m. The December 13, 2006 meeting is CANCELLED. The parties shall meet for a rescheduled ADR proceeding on Thursday, December 21, 2006 at 9:00 a.m. at the National Courts Building.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge