**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ELLIS C. BLAND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-557C |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE INDIVIDUAL**
**STATUS REPORT IN LIEU OF JOINT STATUS REPORT**

Defendant, the United States, respectfully requests that the Court grant leave for the Government to file the individual status report, incorporated below, in lieu of a joint status report.

Undersigned counsel has been unable to reach plaintiffs' counsel to discuss this status report. Therefore, we respectfully request that the Court grant this motion for leave to file the individual status report incorporated below.

**DEFENDANT'S STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed.

Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

The initial ADR session was conducted before Judge Hewitt on November 15, 2006. An additional session had been scheduled for December 13, 2006 to continue discussions. However, that session has been rescheduled for December 21, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/ Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/ Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

December 18, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this day of December 18, 2006, **"DEFENDANT'S MOTION TO FILE INDIVIDUAL STATUS REPORT IN LIEU OF JOINT STATUS REPORT,"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder