# In the United States Court of Federal Claims

ELLIS C. BLAND, et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-557C

Filed December 19, 2006

**ORDER**

On December 18, 2006, defendant filed a Motion to File Individual Status Report in Lieu of Joint Status Report, asserting that counsel for defendant "has been unable to reach plaintiffs' counsel." This request follows defendant's motion of September 18, 2006, for an enlargement of time to file a joint status report and defendant's motion of November 17, 2006, to file an individual status report in lieu of a joint status report. In all instances, defendant's motions have allegedly been attributable to an inability contact plaintiffs' counsel.

The Court GRANTS defendant's motion to file an individual status report in lieu of a joint status report. The Court further ORDERS that, in the future, the parties shall make a greater effort to communicate far enough in advance of all status report deadlines to ensure that such status reports are complete, timely filed, and represent the joint views of the parties. Counsel shall also make a special effort to advise opposing counsel of any known periods of unavailability as future deadlines approach.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge