IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELLIS C. BLAND, et al., Plaintiffs, | |
| v. | No. 04-557C (Judge George W. Miller) |
| UNITED STATES OF AMERICA, et al. Defendant. | |

**PLAINTIFFS' MOTION TO FILE INDIVIDUAL STATUS REPORT IN LIEU OF JOINT STATUS REPORT OUT OF TIME**

Plaintiffs respectfully request that the Court grant leave for plaintiffs to file the individual status report, incorporated below, in lieu of a joint status report.

Undersigned counsel was not able to contact defendant's counsel to discuss this status report before defendant filed it. Therefore, plaintiffs respectfully request that the Court grant the motion for leave to file the status report set forth below.

**PLAINTIFFS' STATUS REPORT**

Plaintiffs concur in defendant's status report filed herein on December 18, 2006.

Respectfully submitted,

**s/Jules Bernstein**

Jules Bernstein
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

OF COUNSEL:
Linda Lipsett
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Edgar N. James
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: December 19, 2006

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 19h day of December 2006, "**PLAINTIFFS MOTION TO FILE INDIVIDUAL STATUS REPORT IN LIEU OF JOINT STATUS REPORT OUT OF TIME** " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein