# In the United States Court of Federal Claims

(E-Filed: December 21, 2006)

| | | |
|---|---|---|
| ELLIS C. BLAND, *et. al.*, Plaintiff, | ) | |
| v. | ) | No. 04-557 C |
| THE UNITED STATES, Defendant. | ) | |

ORDER

Pursuant to the parties' agreement during an ADR proceeding that was held on Thursday, December 21, 2006, the parties shall meet again on Wednesday, January 24, 2007 at 9:30 a.m. at the National Courts Building.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge