IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ELLIS C. BLAND, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al. Defendant. | ) | No. 04-557C (Judge George W. Miller) |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

Two ADR sessions were conducted before Judge Hewitt, the first on November 15, 2006, and the second on December 21, 2006. An additional session has been scheduled for January 24, 2007, to continue discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

**s/ Steven J. Gillingham**

STEVEN J. GILLINGHAM
Assistant Director

**s / Jules Bernstein**

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tele: (202) 296-1798
e-mail: chouse@bernstein-lipsett.com

Attorney for Plaintiffs

**s/ Richard P. Schroeder**

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 "L" Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-3291
e-mail: richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: January 16, 2007

Dated: January 16, 2007

**Filed Electronically**
**with the consent of Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 16thday of January 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein