**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ELLIS C. BLAND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-557C |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

On January 24, 2006, the parties participated in an ADR session before Judge Hewitt. As a result of that session, they have tentatively agreed to settlement terms that can be recommended to plaintiffs, and to the authorized representatives of the Attorney General and the United States Postal Service.

Plaintiffs' counsel currently is working to obtain the approval of plaintiffs. Assuming such approval is obtained, the next step would be to the obtain formal approval of the

appropriate Department of Justice and Postal Service officials. The parties will attempt to obtain all approvals upon an expedited basis.

Based upon the above circumstances, the parties respectfully request that the Court continue the stay of this action so that they can finalize the proposed settlement. Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

**s/Richard P. Schroeder**

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

February 15, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this day of February 15, 2007, the foregoing **"JOINT STATUS REPORT,"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder