IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELLIS C. BLAND, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al. Defendant. | No. 04-557C (Judge George W. Miller) |

## JOINT STATUS REPORT

Plaintiffs respectfully submit this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

Since the last status report filed herein on February 15, 2007, plaintiffs' counsel obtained the approval of plaintiffs to the settlement terms agreed to during ADR before Judge Hewitt.

On February 22, 2007, plaintiffs submitted a formal settlement proposal to defendants' counsel. Defendants' counsel is preparing a draft settlement agreement that will be provided to plaintiffs' counsel by March 23, 2007 for review. Once the parties agree to the language to be included in the proposed settlement agreement, counsel for the Government will submit the required settlement memoranda for approval by the authorized representative of the Attorney General.

Based upon the above circumstances, the parties respectfully request that the Count continue to stay of this action so that they can finalize the proposed settlement. Defendants' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

**s / Jules Bernstein**

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tele: (202) 296-1798
Fax: (202) 296-7220
e-mail: chouse@bernstein-lipsett.com

Attorney for Plaintiffs

Dated: March 19, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 19th day of March 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein