IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELLIS C. BLAND, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al. Defendant. | No. 04-557C (Judge George W. Miller) |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

Since the last status report filed on March 19, 2007, the parties have exchanged multiple drafts of the proposed settlement agreement. Although the parties have encountered some difficulty agreeing to certain language, they are continuing to try to resolve their differences and are hopeful that all terms will be agreed to shortly. Once the parties agree to the language to be included in the proposed settlement agreement, counsel for the Government will submit the required settlement memoranda for approval by the authorized representative of the Attorney General.

Based upon the above circumstances, the parties respectfully request that the Count continue to stay of this action so that they can finalize the proposed settlement. Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Steven J. Gillingham***
***by BMS***

STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Facsimile: (202) 353-7988
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

April 18, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 18th day of April 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder