IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELLIS C. BLAND, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al. Defendant. | No. 04-557C (Judge George W. Miller) |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

Since the last status report filed on April 18, 2007, the parties have reached agreement upon the language to be included in their proposed settlement agreement, subject to certain minor edits. Based upon the parties' success in resolving their differences, counsel for the Government intends to submit the required settlement memoranda for review and approval within seven days of the date of this status report.

Based upon the above circumstances, the parties respectfully request that the Count continue to stay of this action so that they can finalize the proposed settlement. Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Facsimile: (202) 353-7988
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

May 18, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 18th day of May 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder