IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ELLIS C. BLAND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-557C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, et al. | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

Since the last status report was filed on May 18, 2007, the parties have tentatively agreed to all the terms to be included in the proposed settlement, subject to the Government's review and approval process, and subject to both parties' right to revise the draft settlement agreement until it is fully executed. Undersigned counsel of record for the Government also submitted the required settlement memoranda for review and approval. That memorandum has undergone initial level review and, as a result, counsel is in the process of making certain necessary changes, so that the memorandum can be resubmitted and passed on for higher level review. Settlement cannot be

accomplished, and is not effective, unless and until written approval from the appropriate Department of Justice official is received.

Based upon the above circumstances, the parties respectfully request that the Count continue to stay of this action so that they can finalize the proposed settlement. However, if the proposed settlement agreement is not approved by the Government by the filing of the next status report or by July 18, 2007, plaintiffs will request the court schedule a status conference. Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Facsimile: (202) 353-7988
email: richard.schroeder@usdoj.gov
Attorneys for Defendant

June 18, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 18th day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder