IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ELLIS C. BLAND, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-557C |
| | ) | (Judge George W. Miller) |
| UNITED STATES OF AMERICA, et al. | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter and the following related proceedings: Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No. 05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335; and Smith v. United States, Fed. Cl. No. 06-592.

The parties' counsel have agreed to the format and material terms of the settlement agreement. The required settlement memorandum has been revised several times, and is now undergoing what is expected to be the final set of revisions. Subject to review and approval of higher level officials, including the Director of the Commercial Litigation Branch, National Court's Division, and the authorized representative of the Attorney General, Government counsel expects that the settlement will receive formal review by the authorized representative of the Attorney General by approximately August 15, 2007.

Plaintiffs state that the alternative resolution process in this case concluded on January 24, 2007, with an agreement in principal having been reach. Almost six months have passed

since that time and the Department of Justice has not yet approved the terms of the settlement. Therefore, plaintiffs request a telephone status conference with the Court regarding this matter as soon as possible. Plaintiffs' counsel has read this status report and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Steven J. Gillingham***
STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Facsimile: (202) 353-7988
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

July 18, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 18th day of July 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder