# In the United States Court of Federal Claims

(E-Filed: July 27, 2007)

| | | |
|---|---|---|
| ELLIS C. BLAND, *et. al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-557 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ADR SCHEDULING ORDER

To assist in concluding the ADR proceedings for the above-captioned case, the parties participated in a telephonic status conference on Friday, July 27, 2007. The participants agreed to meet again in subsequent telephonic status conferences on Friday, August 3, 2007 at 9:30 a.m. EDT and Thursday, August 16, 2007 at 9:30 a.m. EDT. With the concurrence of the ADR parties, the ADR judge requested that Mr. Steven J. Gillingham, Assistant Director, join both conferences, and that Ms. Jeanne E. Davidson, Director, join the conference scheduled for Thursday, August 16, 2007.

If further assistance is needed, the parties are invited to call ADR Judge Hewitt's chambers at 202-357-6564.

s/ Emily C. Hewitt
EMILY C. HEWITT
ADR Judge