# In the United States Court of Federal Claims

(E-Filed: August 17, 2007)

| | | |
|---|---|---|
| ELLIS C. BLAND, *et. al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-557 C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ADR SCHEDULING ORDER

To assist in concluding the ADR proceedings for the above-captioned case, the parties participated in a telephonic status conference on Friday, August 17, 2007. The participants agreed to meet again in a subsequent telephonic status conference on Tuesday, September 4, 2007 at 2:30 p.m. EDT. With the concurrence of the ADR parties, the ADR judge requested that Mr. Steven J. Gillingham, Assistant Director, and Ms. Jeanne E. Davidson, Director, join the telephonic status conference scheduled for Tuesday, September 4, 2007.

If further assistance is needed, the parties are invited to call ADR Judge Hewitt's chambers at 202-357-6564.

s/ Emily C. Hewitt
EMILY C. HEWITT
ADR Judge